UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HARRIS, JUDD M § Case No. 08-31949
HARRIS, YVETTE A §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF COURT
> 219 S. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/06/2011 in Courtroom 4016,
> DuPage Judicial Center
> 505 N. County Farm Road
> Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/30/2011          By: Clerk of Court


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
  §
HARRIS, JUDD M § Case No. 08-31949
HARRIS, YVETTE A §
  §
  Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,004.35 |
| and approved disbursements of | $ | 12.73 |
| leaving a balance on hand of[1] | $ | 14,991.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10A | Iron Mountain Information Management | $ 71.00 | $ 71.00 | $ 0.00 | $ 71.00 |
| 11A | Toyota Motor Crediit Corp | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 71.00 |
| Remaining Balance | $ 14,920.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,250.44 | $ 0.00 | $ 2,250.44 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 32.56 | $ 0.00 | $ 32.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ | 2,283.00 |
|---|---|---|---|
| | Remaining Balance | $ | 12,637.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,814.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | eCAST Settlement Corp, assignee of HSBC | $ 750.00 | $ 0.00 | $ 211.50 |
| 2 | American Express Centurion Bank | $ 1,823.49 | $ 0.00 | $ 514.22 |
| 3 | Riverside Psychiatric & Counseling | $ 613.84 | $ 0.00 | $ 173.10 |
| 4 | Chase Bank | $ 615.42 | $ 0.00 | $ 173.55 |
| 5 | Chase Bank | $ 2,760.54 | $ 0.00 | $ 778.46 |
| 6 | GE Money Bank d/b/a Sam's Club Discover | $ 2,969.27 | $ 0.00 | $ 837.33 |
| 7 | GE Money Bank d/a SAMs Club Discover | $ 1,485.87 | $ 0.00 | $ 419.01 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | FIA Card Services/Bank of America | $ 691.36 | $ 0.00 | $ 194.96 |
| 9 | Urban Dwellings ltd | $ 30,827.00 | $ 0.00 | $ 8,693.12 |
| 10 | Iron Mountain Informaition Management | $ 2,277.95 | $ 0.00 | $ 642.37 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 12,637.62 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Toyota Motor Credit | $ 0.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                                    Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 08-31949-JHS
Judd M Harris                                                           Chapter 7
Yvette A Harris
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: nmolina              Page 1 of 3          Date Rcvd: Mar 31, 2011
                               Form ID: pdf006            Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2011.
```
db         +Judd M Harris,    7800 Rohrer Drive,    Downers Grove, IL 60516-4412
jdb        +Yvette A Harris,    7800 Rohrer Drive,    Downers Grove, IL 60516-4412
aty        +Thomas R Hitchcock,    Hitchcock & Associates  P C,    120 S State Street,   Suite 803,
             Chicago, IL 60603-5503
tr         +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
             Chicago, IL 60625-5104
12892976   +ADVOCATE GOOD SAMARITAN,    3815 HIGHLAND AVENUE,    DOWNERS GROVE, IL 60515-1500
12892977    AMERICAN EXPRESS Centurion Bank,    P O Box 3001,    Malvern, PA 19355-0701
13640443   +ATG Credit LLC,    P O Box 14895,   Chicago, Il 60614-0895
13640441   +Advocate Good Samaritan,    c/o Medical Recovery Specialist Inc,    2250 East Devon Ste 352,
             Des Plaines, Il 60018-4521
13561538   +American Express,    c/o Becket and Lee,    P O Box 3001,    Malvern, PA 19355-0701
13026553   +American Express,    P O Box 0001,   Los Angeles, CA 90096-8000
15015092    American Express Centurion Bank,    Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13561619   +Anthony J Masciopinto,    Kulwin Masciopinto & Kulwin LLP,    161 N Clark Street Ste 2500,
             Chicago, Il 60601-3272
12892978   +BANK OF AMERICA,    NC4-105-03-14,   4161 PIEDMONT PKWY,    GREENSBORO, NC 27410-8110
13561620   +Bearrific Friends Club,    P O Box 6023,   Jefferson City, MO 65102-6023
12892979   +CBS OUTDOOR, INC.,    444 NORTH MICHIGAN AVENUE-STE 110,    CHICAGO, IL 60611-3963
13026554   +Cagan Management Group Inc,    3856 Oakton,    Skokie, Il 60076-3456
15139398   +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas, TX 75374-0933
13561621   +Computer Credit Inc,    Claims Dept 009500,    640 West Fourth Street,
             Winston Salem, NC 27101-2730
13640445   +Costco American Express,    P O Box 0001,   Los Angeles, CA 90096-8000
12892980   +DOC FISH, LLC,    744 STEWART AVENUE,   NORTH AURORA, IL 60542-9122
13561622   +David R Shannon,    Tenney & Bentley LLC,    111 West Washington Street Ste 1900,
             Chicago, Il 60602-2769
13561624   +David Swanlund,    Urban Dwellings Ltd,    4440 N St Louis- Ste 4,    Chicago, Il 60625-5465
13561623   +David Swanlund,    Urban Dwellings Ltd,    1660 N Lasalle Street #3104,    Chicago, Il 60614-6024
13561626    DuPage Emergency Physician,    P O Box 88495 Dept A,    Chicago, Il 60680-1495
12892982   +HITCHCOCK AND ASSOCIATES, P.C.,    120 SOUTH STATE STREET,    SUITE 803,
             CHICAGO, ILLINOIS 60603-5503
12892983   +HSBC BANK,    PO BOX 5253,   CAROL STREAM, IL 60197-5253
13640446   +HSBC Bank-Visa Account,    P O Box 5253,   Carol Stream, IL 60197-5253
13561627   +HSBC Card Services,    P O Box 8800,   Baltimore, MD 21288-0001
13026555   +Hinkley Springs,    P O Box 660579,   Dallas, TX 75266-0579
12892984   +IRON MOUNTAIN,    P.O. BOX 27128,   NEW YORK, NY 10087-7128
13640447   +In Style,    P O Box 60410,   Tampa, FL 33660-0410
15391145   +Iron Mountain Information Management Inc,    Joseph Corrigan Esq,    745 Atlantic Avenue 10th Floor,
             Boston, MA 02111-2735
13535058   +Iron Mountain Information Management, Inc.,    c/o Frank F. McGinn, Esq.,
             Bartlett Hackett Feinberg P.C.,    155 Federal Street, 9th Floor,    Boston, MA 02110-1610
13561628   +James Casmay,    Edward Scott LLC,    1456 S Halsted St,    Chicago, Il 60607-5127
13561629   +Johnson & Newby,    39 South Lasalle Street Ste 820,    Chicago, Il 60603-1616
13640158  ++++LEXUS FINANCIAL SERVICES,    C/O MCGRATH LEXUS OF WESTMONT,    500 E OGDEN AVE,
             WESTMONT IL  60559-1228
             (address filed with court:  Lexus Financial Services,     c/o McGrath Lexus of Westmont,
             470 East Ogden Avenue,    Westmont, IL 60559)
13561630    +Larry A Chambers,    3856 Oakton Street,    Skokie, Il 60076-3454
12892988   +MIDWEST BANK & TRUST COMPANY,    2045 EAST ALGONQUIN,    ALGONQUIN, IL 60102-9603
12892989   +MIDWEST BANK TRUST,    500 WEST CHESTNUT,    HINSDALE, IL 60521-3104
12892990   +MIDWEST NEUROPSYCHIATRIC ASSOCIATES, LTD,    1725 WEST HARRISION STREET SUITE 744,
             CHICAGO, IL 60612-3836
12892991   +MILESTONE PROPERTIES LLC/VIVIAN GUO,    ZORAN DRAGUTINOVICH,    105 WEST ADAMS SUITE 3200,
             CHICAGO, IL 60603-6209
12892993   +MONTESANO CAPITAL MANAGEMENT HOLDINGS,LL,    P.O. BOX 77436,    4366 SOLUTIONS CENTER,
             CHICAGO, IL 60677-4003
13640449   +Mitch Balek,    c/o David R Shannon,    Tenney & Bentley LLC,    111 West Washington Street Ste 1900,
             Chicago, Il 60602-2769
12892995    NATIONAL CITY,    P.O. BOX 856176,   LOUISVILLE, KY 40285-6176
12892996   +NATIONAL CITY,    ATTENTION: BANKRUPTCY DEPARTMENT,    6750 MILLER RD,
             BRECKSVILLE, OH 44141-3262
12892997    NATIONAL CITY BANK, COMMUNITY DEV. CORP.,    1 NORTH FRANKLIN STREET,    HINSDALE, IL 60521
13640159   +National City Visa Account,    Attn Bankruptcy Dept,    6750 Miller Rd,
             Brecksville, OH 44141-3262
13640160    National City Visa Credit Services,    P O Box 856176,    Louisville, KY 40285-6176
13640450   +Nationwide Credit & Collections Inc,    815 Commerce Drive Ste 100,    Oak Brook, Il 60523-8839
13026557   +Office Max Inc,    75 Remittance Drive #2698,    Chicago, Il 60675-1001
13640161    Pierce and Assocaites,    1 North Dearborn Ste 1300,    Chicago, IL 60603
13561537    Pierce and Associates,    1 North Dearborn Ste 1300,    Chicago, Il 60603
12892999   +QUINLAN & FABISH,    166 SHORE DRIVE,   BURR RIDGE,, IL 60527-5836
12893000   +R & B RECEIVABLES MANA,    860 NORTHPOINT BLV,    WAUKEGAN, IL 60085-8201
```

```
District/off: 0752-1          User: nmolina              Page 2 of 3                   Date Rcvd: Mar 31, 2011
                              Form ID: pdf006            Total Noticed: 86

12893001     +REBECCA ROTHMANN,    WILSON ELSER MOSKOWITX EDELMAN DICKERLLP,
               120 NORTH LASALLE STREET-26TH FLOOR,    CHICAGO, IL 60602-2465
12893002     +RICOH BUSINESS SOLUTIONS,    2250 PINEHURST SUITE 250,    ADDISON, IL 60101-6100
12893003     +RIVERSIDE PSYCHIATRIC & COUNSELING,     7234 WEST OGDEN AVENUE 1S,    RIVERSIDE, IL 60546-2387
12893004     +RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET SUITE 161 TOB,
               CHICAGO, IL 60612-5500
13561632    ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
               CHICAGO IL 60612-3228
              (address filed with court: Rush University Medical Group,     75 Remittance Drive Dept 1611,
               Chicago, Il 60675)
13026558     +Radiologist of Dupage S C,    520 East 22nd Street,    Lombard, IL 60148-6110
13561631     +Rodan & Fields,    Proactive Solutions,    P O Box 11448,    Des Moines, IA 50336-1448
12893005     +SST/JPMC,   4315 PICKETT ROAD,    ST JOSEPH, MO 64503-1600
13640453      Sam’s Club,    attn Bankrupcty,    P O Box 960013,    Roswell, GA 30076
13640451     +Sam’s Club Discover Card Services,     P O Box 30943,    Salt Lake City, UT 84130-0943
13640454     +Security Solutions,    1850 S 25th Avenue,    Broadview, Il 60155-2864
13561633     +Steve Jakubowski,    Coleman Law Firm,    77 West Wacker Drive Ste 4800,    Chicago, Il 60601-1664
12893006     +TOYOTA MOTOR CREDIT CO,    1111 W 22ND ST STE 420,    OAK BROOK, IL 60523-1959
16712450    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,     Toyota Fin Serv/Lexus Fin Serv,
               5005 North River Blvd., N.E.,    Cedar Rapids, IA 52411-6634)
13640455     +TRS Recovery Systems Inc,    5251 Westheimer,    Houston, TX 77056-5412
12893007    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. BANK,    1850 OSBORNE,    OSHKOSH, WI 54902)
15388752     +Urban Dwellings, Ltd.,    David Yuen, Esq.,    Tressler LLP,    233 S. Wacker Dr. - 22nd Floor,
               Chicago, IL 60606-6399
12893009     +WELLS FARGO,    P.O. BOX 29475,    PHOENIX, AZ 85038-9475
12893010     +WELLS FARGO HM MORTGAG,    ATTENTION: BANKRUPTCY DEPARTMENT MAC-X,    3476 STATEVIEW BLVD,
               FORT MILL, SC 29715-7203
14964829      eCAST Settlement Corporation, assignee,     of HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13561625      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 01 2011 01:44:07     Discover Card Services,
               P O Box 30943,    Salt Lake City, UT 84130
15383076      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 01 2011 01:43:35
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
15288170     +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2011 01:45:59
               GE Money Bank dba SAM’S CLUB DISCOVER,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12892981     +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2011 01:45:59     GEMB/SAMS CLUB DC,
               ATTENTION: BANKRUPTCY,    PO BOX 103106,    ROSWELL, GA 30076-9106
12892986     +E-mail/PDF: cr-bankruptcy@kohls.com Apr 01 2011 01:43:45     KOHLS,    ATTN: RECOVERY,
               PO BOX 3120,    MILWAUKEE, WI 53201-3120
13026556      E-mail/PDF: cr-bankruptcy@kohls.com Apr 01 2011 01:43:45     Kohl’s,    P O Box 2983,
               Milwaukee, WI 53201-2983
13640448      E-mail/PDF: cr-bankruptcy@kohls.com Apr 01 2011 01:43:45     Kohls,    attn Recovery,
               P O Box 3084,    Milwaukee, WI 53201-3084
12892987     +Fax: 847-227-2151 Apr 01 2011 01:13:16     MEDICAL RECOVERY SPECIALIST, INC.,
               C/O ADVOCATE GOOD SAMARITAN,    2250 EAST DEVON SUITE 352,    DES PLAINES, IL 60018-4519
12892994     +Fax: 847-227-2151 Apr 01 2011 01:13:16     MRSI,    2250 E DEVON AVE STE 352,
               DES PLAINES, IL 60018-4521
12892998     +E-mail/Text: bankrup@nicor.com Mar 31 2011 22:53:19     NICOR GAS,
               ATTENTION: BANKRUPTCY DEPARTMENT,    1844 FERRY ROAD,    NAPERVILLE, IL 60563-9662
13640452     +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2011 01:46:00     Sams Club,    attn Bankruptcy,
               P O Box 960013,    Orlando, FL 32896-0013
12893008      Fax: 866-419-3894 Mar 31 2011 23:42:56     U.S.CELLULAR,    PO BOX 0203,    PALATINE, IL 60055-0203
                                                                                                TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13640444       ATG Credit LLC
13640442*     +American Express,    P O Box 0001,    Los Angeles, CA 90096-8000
13561544*     +American Express,    c/o Becket and Lee,    P O Box 3001,    Malvern, PA 19355-0701
12892985*     +JUDD M. HARRIS,    7800 ROHRER DRIVE,    DOWNERS GROVE, IL 60516-4412
13561536*     +Midwest Bank & Trust Company,    2045 East Algonquin,    Algonquin, Il 60102-9603
12893011*     +YVETTE A. HARRIS,    7800 ROHRER DRIVE,    DOWNERS GROVE, IL 60516-4412
12892992    ##+MONTESANO CAPITAL MANAGEMENT HOLDINGS,LL,    175 HAWTHORNE PARKWAY, SUITE 325,
               VERNON HILLS, IL 60061-1460
                                                                                   TOTALS: 1, * 5, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’++++’ were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-1              User: nmolina                Page 3 of 3                   Date Rcvd: Mar 31, 2011
                                  Form ID: pdf006              Total Noticed: 86
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2011**                    **Signature:**    _Joseph Speetjens_