UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| HARRIS, JUDD M | § | Case No. 08-31949 |
| HARRIS, YVETTE A | § § | |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                           Claims Discharged
                                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Midwest Bank & Trust |  |  |  |  |  |
|  | National City |  |  |  |  |  |
|  | National City |  |  |  |  |  |
|  | National City Bank |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ricoh Business Solutions | | | | | |
| | Toyota Motor Credit | | | | | |
| | US Bank | | | | | |
| | Wells Fargo | | | | | |
| | Wells Fargo Home Mortgage | | | | | |
| 11A | TOYOTA MOTOR CREDIIT CORP | | | | | |
| 10A | MANAGEMENT, IRON MOUNTAIN INFORMATI | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HARRIS, JUDD M | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Good Samaritan | | | | | |
| | Advocate Good Samaritan | | | | | |
| | American Express | | | | | |
| | Cagan Mgmt Group Inc. | | | | | |
| | DocFish LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hinkley Springs | | | | | |
| | Kohls | | | | | |
| | Kohls | | | | | |
| | Kohls | | | | | |
| | MRSI | | | | | |
| | Medical Recovery Specialists | | | | | |
| | Midwest Neuro Physciatric Assoc. | | | | | |
| | Mileston Prop LLC/Vivian Guo | | | | | |
| | Montesano Capital Mgmt & Holdings | | | | | |
| | Nicor | | | | | |
| | Office Max | | | | | |
| | Quinlan & Fabrish | | | | | |
| | R&B Rec'b Mgmt | | | | | |
| | Radiologist of DuPage | | | | | |
| | Rush University Medical Center | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U.S. Cellular | | | | | |
| 2 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 4 | CHASE BANK | | | | | |
| 5 | CHASE BANK | | | | | |
| 1 | ECAST SETTLEMENT CORP, ASSIGNEE OF | | | | | |
| 8 | FIA CARD SERVICES/BANK OF AMERICA | | | | | |
| 7 | GE MONEY BANK D/A SAMS CLUB DISCOVE | | | | | |
| 6 | GE MONEY BANK D/B/A SAM'S CLUB DISC | | | | | |
| 10 | MANAGEMENT, IRON MOUNTAIN INFORMAIT | | | | | |
| 3 | RIVERSIDE PSYCHIATRIC & COUNSELING | | | | | |
| 9 | URBAN DWELLINGS LTD | | | | | |
| 11 | CREDIT, TOYOTA MOTOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-31949 | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HARRIS, JUDD M | | Date Filed (f) or Converted (c): | 11/21/08 (f) |
| | HARRIS, YVETTE A | | 341(a) Meeting Date: | 01/06/09 |
| For Period Ending: | 11/05/11 | | Claims Bar Date: | 04/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL PROPERTY | 9,100.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 0.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. JUDD M. HARRIS & ASSOCIATES | 0.00 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE | 79,740.88 | 0.00 | | 0.00 | FA |
| 8. EMERALD ROBBINS CONSORTIUM LLC | 0.00 | 0.00 | | 15,000.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.62 | Unknown |
| TOTALS (Excluding Unknown Values) | $392,840.88 | $0.00 | | $15,004.62 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 16.04c

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-31949 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HARRIS, JUDD M | | Bank Name: | BANK OF AMERICA, N.A. |
| | HARRIS, YVETTE A | | Account Number / CD #: | *******8005 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4043 | | | |
| For Period Ending: | 11/05/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/10 | 8 | David Gorenstein Trustee P.O. Box 597934 Chicago IL 60659 | proceeds of sale of ERC interests | 1129-000 | 1,500.00 | | 1,500.00 |
| 02/18/10 | 8 | Emerald Robbins Consortium LLC | sale of ERC interests | 1129-000 | 13,500.00 | | 15,000.00 |
| 02/26/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 15,000.08 |
| 03/06/10 | 000101 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | bond premium | 2300-000 | | 12.73 | 14,987.35 |
| 03/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 14,987.74 |
| 04/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,988.11 |
| 05/28/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,988.48 |
| 06/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,988.86 |
| 07/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,989.24 |
| 08/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,989.62 |
| 09/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,989.99 |
| 10/29/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,990.37 |
| 11/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,990.74 |
| 12/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,991.12 |
| 01/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,991.50 |
| 02/28/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,991.62 |
| 03/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,991.75 |
| 04/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,991.87 |
| 05/05/11 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 14,991.89 |
| 05/05/11 | | Transfer to Acct #*******5903 | Final Posting Transfer | 9999-000 | | 14,991.89 | 0.00 |

Page Subtotals 15,004.62 15,004.62

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-31949 -SQU |
| Case Name: | HARRIS, JUDD M |
| | HARRIS, YVETTE A |
| Taxpayer ID No: | *******4043 |
| For Period Ending: | 11/05/11 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******8005  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,004.62 | 15,004.62 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 14,991.89 | |
| | | | Subtotal | | 15,004.62 | 12.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,004.62 | 12.73 | |

Page Subtotals     0.00     0.00

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-31949 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | HARRIS, JUDD M | Bank Name: | BANK OF AMERICA, N.A. |
| | HARRIS, YVETTE A | Account Number / CD #: | *******5903 Checking - Non Interest |
| Taxpayer ID No: | *******4043 | | |
| For Period Ending: | 11/05/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/11 | | Transfer from Acct #*******8005 | Transfer In From MMA Account | 9999-000 | 14,991.89 | | 14,991.89 |
| 05/06/11 | 001001 | Iron Mountain Information Management<br>Joseph corrigan<br>745 Atlantic Ave 10th Floor<br>Boston MA 02111 | final distribution | 4220-000 | | 71.00 | 14,920.89 |
| 05/06/11 | 001002 | Brenda Porter Helms | trustee fees | 2100-000 | | 2,250.44 | 12,670.45 |
| 05/06/11 | 001003 | Brenda Porter Helms | trustee expenses | 2200-000 | | 32.56 | 12,637.89 |
| 05/06/11 | 001004 | eCAST Settlement Corp, assignee of HSBC<br>POB 35480<br>Newark NJ 07193 | | 7100-000 | | 211.50 | 12,426.39 |
| 05/06/11 | 001005 | American Express Centurion Bank<br>Becket and lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | final distribution | 7100-000 | | 514.22 | 11,912.17 |
| 05/06/11 | 001006 | Riverside Psychiatric & Counseling<br>7234 W. Ogden Ave. 1S<br>Riverside IL 60546 | final distribution | 7100-000 | | 173.10 | 11,739.07 |
| 05/06/11 | 001007 | Chase Bank<br>c/o Creditors Bankruptcy Service<br>P.O. Bxo 740933<br>Dallas TX 75374 | final distribution | 7100-000 | | 173.55 | 11,565.52 |
| 05/06/11 | 001008 | Chase Bank<br>c/o Creditors Bankruptcy Service<br>P.O. Bxo 740933<br>Dallas TX 75374 | final distribution | 7100-000 | | 778.46 | 10,787.06 |
| 05/06/11 | 001009 | GE Money Bank d/a SAMs Club Discover<br>25 SE 2nd Ave. Suite 1120<br>Miami FL 33131 | final distribution | 7100-000 | | 419.01 | 10,368.05 |
| 05/06/11 | 001010 | FIA Card Services/Bank of America | final distribution | 7100-000 | | 194.96 | 10,173.09 |
| | | | Page Subtotals | | 14,991.89 | 4,818.80 | |

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-31949 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HARRIS, JUDD M | | Bank Name: | BANK OF AMERICA, N.A. |
| | HARRIS, YVETTE A | | Account Number / CD #: | *******5903 Checking - Non Interest |
| Taxpayer ID No: | *******4043 | | | |
| For Period Ending: | 11/05/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | by American Infosource, Its Agent P.O. Box 248809 Oklahoma City OK 73124 | | | | | |
| 05/06/11 | 001011 | Urban Dwellings ltd David Yuen Tressler LLP 233 S. Wakcer Dr 22nd Floor Chicago IL 60606 | Final Distribution | 7100-000 | | 8,693.12 | 1,479.97 |
| 05/06/11 | 001012 | Iron Mountain Informaition Management Joseph Corrigan 745 Atlantic Ave 10th Floor Boston MA 02111 | Final Distribution | 7100-000 | | 642.37 | 837.60 |
| 05/06/11 | 001013 | GE Money Bank d/b/a Sam's Club Discover 25 SE 2nd Ave. Suite 1120 Miami FL 33131 | final distribution | 7100-000 | | 837.33 | 0.27 |
| 05/06/11 | 001014 | American Express Centurion Bank Becket and lee LLP P.O. Box 3001 Malvern PA 19355 | supplemental distribution | 7100-000 | | 0.01 | 0.26 |
| 05/06/11 | 001015 | Chase Bank c/o Creditors Bankruptcy Service P.O. Bxo 740933 Dallas TX 75374 | | 7100-000 | | 0.02 | 0.24 |
| * 05/06/11 | 001016 | Chase Bank c/o Creditors Bankruptcy Service P.O. Bxo 740933 Dallas TX 75374 | | 7100-003 | | 0.01 | 0.23 |
| * 05/06/11 | 001016 | Chase Bank c/o Creditors Bankruptcy Service P.O. Bxo 740933 | VOID | 7100-003 | | -0.01 | 0.24 |

Page Subtotals       0.00       10,172.85

Ver: 16.04c

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-31949 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HARRIS, JUDD M | | Bank Name: | BANK OF AMERICA, N.A. |
| | HARRIS, YVETTE A | | Account Number / CD #: | *******5903 Checking - Non Interest |
| Taxpayer ID No: | *******4043 | | | |
| For Period Ending: | 11/05/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/06/11 | 001017 | Dallas TX 75374<br>GE Money Bank d/a SAMs Club Discover<br>25 SE 2nd Ave. Suite 1120<br>Miami FL 33131 | Final Distribution | 7100-000 | | 0.01 | 0.23 |
| 05/06/11 | 001018 | GE Money Bank d/b/a Sam's Club Discover<br>25 SE 2nd Ave. Suite 1120<br>Miami FL 33131 | | 7100-000 | | 0.01 | 0.22 |
| 05/06/11 | 001019 | FIA Card Services/Bank of America<br>by American Infosource, Its Agent<br>P.O. Box 248809<br>Oklahoma City OK 73124 | | 7100-000 | | 0.01 | 0.21 |
| 05/06/11 | 001020 | Urban Dwellings ltd<br>David Yuen<br>Tressler LLP<br>233 S. Wakcer Dr 22nd Floor<br>Chicago IL 60606 | | 7100-000 | | 0.19 | 0.02 |
| 05/06/11 | 001021 | Iron Mountain Informaition Management<br>Joseph Corrigan<br>745 Atlantic Ave 10th Floor<br>Boston MA 02111 | | 7100-000 | | 0.02 | 0.00 |

Page Subtotals        0.00        0.24

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-31949 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HARRIS, JUDD M | | Bank Name: | BANK OF AMERICA, N.A. |
| | HARRIS, YVETTE A | | Account Number / CD #: | *******5903  Checking - Non Interest |
| Taxpayer ID No: | *******4043 | | | |
| For Period Ending: | 11/05/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 14,991.89 | 14,991.89 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 14,991.89 | 0.00 | |
| | | | Subtotal | | 0.00 | 14,991.89 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 14,991.89 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********8005 | 15,004.62 | 12.73 | 0.00 |
| Checking - Non Interest - ********5903 | 0.00 | 14,991.89 | 0.00 |
| | 15,004.62 | 15,004.62 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/   BRENDA PORTER HELMS, TRUSTEE   Date: 11/05/11
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals      0.00      0.00

Ver: 16.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*